

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

July 22, 2020

**Via electronic filing**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
402 East State Street
Trenton, NJ 08608

    Re:   *National Association of Theatre Owners, et al., v. Murphy & Persichilli*
           Civil Action No. 3:20-cv-08298-BRM-TJB

Dear Judge Martinotti:

    Given the emergent nature of this matter, please accept this letter in lieu of a more formal submission. As the court is aware, Defendants' response to Plaintiffs' motion for preliminary injunctive relief (Dkt. 21) is due this Friday, July 24, 2020. Because of the relative complexity of the legal issues and underlying facts (including reference to scientific and other authorities, and what is now a lengthy factual/procedural history of emergency Executive Orders and the State's rationales for its decision-making, which goes to the crux of this lawsuit), Defendants respectfully request that the Court relax Local Civil Rule 7.2(b) and permit the filing of an opposition brief not to exceed 45 pages.

    Counsel for Plaintiffs, Mr. Brounell, graciously has advised that Plaintiffs do not object to this request.



HUGHES JUSTICE COMPLEX • TELEPHONE: 609-376-2814 • FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Thank you for the Court's attention to this matter.

                Respectfully submitted,

                GURBIR S. GREWAL
                ATTORNEY GENERAL OF NEW JERSEY


      By:   /s/ Daniel M. Vannella
                Daniel M. Vannella (NJ Bar # 015922007)
                Assistant Attorney General
                *Attorney for Defendants*

cc:    Counsel of record (via ECF)