

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Geoffrey S. Brounell**

(212) 603-6404 tel
(212) 379-5243 fax

GeoffreyBrounell@dwt.com

July 28, 2020

<u>Via ECF</u>

Hon. Brian R. Martinotti
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *National Association of Theatre Owners, et al. v Philip D. Murphy, et al.*
        **Case No. 3:20-cv-08298-BRM-TJB**

Dear Judge Martinotti:

We represent Plaintiffs National Association of Theatre Owners, National Association of Theatre Owners of New Jersey, American Multi-Cinemas, Inc., Cinemark USA, Inc., Regal Cinemas, Inc., BJK Entertainment, Inc., Bow Tie Cinemas, LLC, and Community Theaters LLC ("Plaintiffs") in the above-captioned litigation.  We write pursuant to Local Civil Rule 7.2 to respectfully request that the Court permit the filing of a reply brief not to exceed 20 pages utilizing 12-point Times New Roman font.  We make this request in light of the complexity and importance of the legal issues presented, and to provide Plaintiffs with adequate space to respond to Defendants' 45-page opposition brief and 450+ pages of exhibits.

Defendants consent to this request for additional pages.

In addition, Plaintiffs have requested oral argument and respectfully ask that it be held at the Court's earliest convenience.  Plaintiffs' counsel is available any day next week.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ Geoffrey S. Brounell*

cc:    All Counsel of Record (by ECF)